UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TAMORA MALONE, | ) |
| | ) |
| Plaintiff | ) |
| | ) CAUSE NO. 3:06-CV-208 RM |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Defendants | ) |

OPINION and ORDER

Tamora Malone has filed another motion for an emergency restraining order and a motion to add a defendant. The motion for an emergency restraining order is again DENIED for noncompliance with the notice provision of FED. R. CIV. P. 65 or the filing requirements of N.D. IND. R. 65.1 [Doc. No.15]. Her motion to add a defendant must be construed as a motion to amend the complaint pursuant to FED. R. CIV. P. 15(a), and thus her motion must also conform to N.D. IND. R. 15.1. As it does not, the court must deny that motion as well [Doc. No. 12].

SO ORDERED.

ENTERED:   August 7, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court